# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 13-3316-PLA                                                   Date  August 1, 2013

Title:  Star Fabrics, Inc. v. By Deep Los Angeles, Inc., et al.

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                                                          NONE

**PROCEEDINGS:**      **(IN CHAMBERS)**

Plaintiff is ordered to show cause in writing **no later than August 15, 2013**, why this action should not be dismissed for lack of prosecution as to defendants Going Out, Inc. and Dhstyles LLC.

The Court will consider the filing of an Answer by defendants Going Out, Inc. and Dhstyles LLC, or plaintiff's request for entries of default, as an appropriate response to this OSC, on or before the above date.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action as to defendants Going Out, Inc. and Dhstyles LLC.

**IT IS SO ORDERED**.

cc:     Counsel of Record

Initials of Deputy Clerk____ch____