Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BY DEEP LOS ANGELES, INC., *et al.*,<br><br>    Defendants. | Case No.: CV13-03316 CAS (SHx)<br><u>Honorable Christine A. Snyder Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

- 1 -

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE

**ORDER**:

Having reviewed the stipulation of the parties to dismiss this action with prejudice and finding good cause thereon,

IS HEREBY ORDERED that:

1. This action is dismissed with prejudice; and
2. The parties to this stipulation will each bear their own costs as incurred against one another in this action.

SO ORDERED.

Date: March 11, 2014     By: _____
                                                  Hon. Christine A. Snyder
                                                  United States District Court